UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GEORGE A. WILKINS,

        Plaintiff,                07 Civ. 10568 (JSR)

       -v-                         ORDER

CITY OF NEW YORK DEPARTMENT OF
CITYWIDE SERVICES, POLICE ACADEMY,

        Defendants.
----------------------------------------x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7-15-08]

JED S. RAKOFF, U.S.D.J.

     On May 2, 2008, the Honorable James C. Francis IV, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court dismiss plaintiff's complaint without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

     Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons stated therein, dismisses the action without prejudice. Clerk to enter judgment.

     SO ORDERED.

Dated: New York, NY
       July 15, 2008                      JED S. RAKOFF, U.S.D.J.